Priority ___
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
AUG 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN AKUGHA,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES T. HAYES, JR. et al.,<br><br>    Respondents. | CASE NO. CV 07-5222-CJC (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: *August 7, 2008*.

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Federal Habeas\AKUGHA, J 5222\Order accep r&r.wpd