Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT

AUG 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN AKUGHA, | Case No. CV 07-5222-CJC (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| JAMES T. HAYES, JR., et al., | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: _August 7, 2008_ .


_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Federal Habeas\AKUGHA, J 5222\Judgment.wpd